ELMER H. WIGGINS and Others, Respondents, v. HELEN SCHNEIDER, Appellant.— Motion granted and appeal dismissed, with costs.

NEWTON B. GORHAM, Respondent, v. JAMES H. JACKSON and Another, Appellants.— Order entered substituting Beatrice Hathaway Hunter, as executrix of the last will and testament of Walter E. Gregory, deceased, as party defendant and appellant in place and stead of said Walter E. Gregory, deceased.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER L. ROBERTS, Appellant.— Appeal dismissed upon stipulation filed.

ADAM KNAPP, Appellant, v. KATE SHULTZ, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

FRANK OGILVIE, Appellant, v. MERRELL-SOULE COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR, for the Fifth Judicial District.— Julius T. A. Doolittle, of Utica, appointed a member of said committee, in place of Charles T. Titus, deceased.

GEORGE GREIN, Respondent, v. CASPER YOHON, Appellant.— Judgment affirmed, with costs, except that the wording thereof is changed as follows: That all of the sentence after the word " hereto " in the first line of folio 309 be stricken out and the following is inserted in place thereof: " or in such manner as not to permit any more water to run southerly therefrom against the northerly bank of the Pokey Moonshine highway than had run prior to the fall of the year 1913, and that the defendant and his successors in interest be perpetually enjoined and restrained from thereafter diverting the waters of Carney Hollow Creek from their original channel and allowing the same to flow southerly to the northerly bank of the Pokey Moonshine Road to any greater extent than they had prior to the fall of 1913." All concurred.

JOHN J. McGROSSO, Appellant, v. RUTH C. McGROSSO, Respondent.— Judgment, so far as appealed from, affirmed, with costs. All concurred.

WILLIAM W. CARLISLE, Respondent, v. LEANDER D. LOVELL and Another, Appellants.— Judgment modified by reducing the recovery to the sum of $144.36, and as so modified affirmed, without costs of this appeal to either party. Held, it was error to permit a recovery for failure to deliver the two cars of stove and one car of egg coal, orders for which defendants accepted on or after November twenty-sixth, and only on condition that an advance in price should not be authorized by the Fuel Administrator before shipment. Such an advance was authorized as to those sizes, but did not apply to the buckwheat size. The findings of fact contained in the decision and numbered II and IV are modified accordingly. All concurred.

THE AMERICAN AGRICULTURAL CHEMICAL COMPANY, Respondent, v. WILLIAM K. DENNISTON and Another, Appellants.— Judgment affirmed, with costs. All concurred.

MILDRED I. JOPSON, an Infant, by ALWILDA JOPSON, Her Guardian ad Litem, Respondent, v. J. LEONARD HEIMLICH, Appellant.— Judgment and order affirmed, with costs. All concurred.